## Commonwealth ex rel. Ackerman, Appellant, *v.* Russell.

Submitted April 11, 1966. *Albert Ackerman,* appellant, in propria persona; *John Fuller,* Assistant District Attorney, and *Vincent J. Pepicelli,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Beck, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Milton Beck,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.